# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| LAZARO GUZMAN CASTRO, | * |
| Petitioner, | *   CIVIL ACTION NO.: 5:20-cv-129 |
| v. | * |
| DAN GREENAWALT, | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Petitioner Lazaro Castro ("Castro") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Castro's 28 U.S.C. § 2241 Petition for failure to follow a Court directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and

AO 72A
(Rev. 8/82)

**DENIES** Castro *in forma pauperis* status on appeal.

**SO ORDERED**, this ___28___ day of ___December___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)